UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Silverman, Individually And On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     v.<br><br>JPMorgan Chase & Co. and J.P. Morgan Securities, Inc.,<br><br>           Defendants. | **CIVIL ACTION NO.** 08-cv-3177 (GEL)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS JPMORGAN CHASE & CO. AND J.P. MORGAN SECURITIES, INC.** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Charles Silverman hereby dismisses all claims made in the above-captioned action, without prejudice, against named defendants JPMorgan Chase & Co. and J.P. Morgan Securities, Inc.

Dated: April 3, 2008           Respectfully submitted,

**GIRARD GIBBS LLP**

By:_____/S/_____
Daniel C. Girard
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
**SEEGER WEISS LLP**
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0757

1

Facsímile: (212) 584-0799

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

Counsel for Plaintiff Charles Silverman