MEMO ENDORSED

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

LNN14,5.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charles Silverman, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMorgan Chase & Co. and J.P. Morgan Securities, Inc.,<br><br>Defendants. | CIVIL ACTION NO. 08-cv-3177 (GEL)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JPMORGAN CHASE & CO. AND J.P. MORGAN SECURITIES, INC. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Charles Silverman hereby dismisses all claims made in the above-captioned action, without prejudice, against named defendants JPMorgan Chase & Co. and J.P. Morgan Securities, Inc.

Dated: April 11, 2008

Respectfully submitted,

GIRARD GIBBS LLP

By: _____
Daniel C. Girard
Jonathan K. Levine (JL-8390)
Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Christopher A. Seeger (CS-4880)
Stephen A. Weiss (SW-3520)
David R. Buchanan (DB-6368)
SEEGER WEISS LLP
One William Street, 10th Floor
New York, NY 10004
Telephone: (212) 584-0757

SO ORDERED:

_____
U.S.D.J.
4/18/08

1

Facsimile: (212) 584-0799

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

Counsel for Plaintiff Charles Silverman